# Court of Appeals
# of the State of Georgia

ATLANTA, <u>December 30, 2025</u>

*The Court of Appeals hereby passes the following order:*

**A26D0265. NASLYN RAMSUMAIR v. DONALD RAMSUMAIR.**

Donald Ramsumair filed this divorce action against Naslyn Ramsumair. On October 22, 2025, the superior court entered an order denying Naslyn's motion to set aside the court's declaratory judgment that the marriage between the parties was void as a matter of law. Fifty-eight days later, on December 19, 2025, Naslyn filed this application for discretionary appeal, seeking to appeal the superior court's judgment. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days after entry of the order or judgment to be appealed. OCGA § 5-6-35(d); Court of Appeals Rule 31(a). "The filing deadline is jurisdictional, and this [C]ourt is unable to accept an untimely application." *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016).

Because Naslyn filed her application for discretionary appeal more than 30 days after entry of the order she seeks to appeal, we lack jurisdiction to consider her untimely application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>12/30/2025</u>

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*